# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Harvey Patrick Short,

          Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                  3:07cv105

Robert P. Johnston,

          Defendant(s).


DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/13/07 Order.


FRANK G. JOHNS, CLERK

March 13, 2007

BY: _____

Cynthia Huntley, Deputy Clerk