In The
United States District Court For Western
District of North Carolina

Harvey P. Short,
    Plaintiff

v.

Judge Robert P. Johnston,
    Defendant

Civil No. 3:07-CV-105-2-MU

FILED
CHARLOTTE, N.C.
MAR 23 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

## Motion For Relief Of Judgment

Now Comes the Plaintiff, Harvey P. Short, proceeding pro se, who respectfully motions this Honorable Court pursuant to Rule 60(B) of FRCP to set aside the order dismissing the above case on March 13, 2007. In support of this motion, the Plaintiff states the following:

1) That Plaintiff seeks an order allowing him to amend his complaint to sufficiently state a cause of action for denial of access to the courts in violating of the 14th Amendment of the U.S Constitution;

2) Pro se pleadings must be construed less stringent and liberally than pleadings submitted by counsel;

3) In the court's March 13, 2007, it did

not address the Plaintiff allegation that he was denied access to the courts. It only focused on the racial and residency discrimination claims; and,

4) The Plaintiff must be allowed to freely amend to complaint pursuant to FRCP 15, so he does not have to appeal this dismissal order.

Wherefore, the Plaintiff prays for an order allowing him to amend his complaint and that the March 13, 2007 dismissal be set aside.

Respectfully submitted,
*Harvey Short*
Harvey Short
1001 Centre Way
Charleston, WV 25309

## Certificate of Service

I hereby certify that on this 18th day of March 2007 a copy of this Motion For Relief Of Judgment was mailed to Robert P. Johnston, 800 East Fourth Street Charlotte, NC 28202.

*H P S*
Harvey P. Short

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV105-MU-02

HARVEY PATRICK SHORT; )
    Plaintiff, )
 )
    v. ) **ORDER**
ROBERT P. JOHNSTON, Se- )
  nior Resident Superior )
  Court Judge, )
    Defendant. )
 )

**THIS MATTER** comes before the Court on the plaintiff's form civil rights Complaint under 42 U.S.C. §1983, filed March 9, 2007. For the reasons stated herein, the plaintiff's Complaint will be <u>dismissed</u> in its entirety.

According to the Complaint, in March 2006, the plaintiff filed a petition for a Writ of Error Coram Nobis in the Superior Court of Mecklenburg County. Such petition challenged, in part, the lawfulness of the sentences which the plaintiff received upon his convictions in September 1998 and October 2000. According to the plaintiff, the sentences which he received in those cases exceeded the maximum terms authorized by law in that they were predicated upon calculations which erroneously included a 1988 conviction which had been reversed and a 1985 conviction which was obtained in violation of his Sixth Amendment right to counsel.

In any case, the plaintiff here complains that defendant Judge Johnston--who presided over only the 2006 petition for a

Writ of Error--discriminated against him on the basis of his race (African-American) and his residency status (plaintiff reportedly lived in Maryland at the time he filed the petition) when Johnston dismissed that petition. The plaintiff further claims that such discrimination continued when Judge Johnston refused his subsequent request for an Order clarifying his criminal history for the Courts of West Virginia. Apparently, the plaintiff currently is a pre-trial detainee, awaiting trial in West Virginia.

In an attempt to support of his allegation of racial discrimination, the plaintiff merely reports that certain otherwise unidentified "White criminal defendants in the same court who are sentenced wrongly are given access and court orders stating that their sentences were wrongly imposed . . . ." However, the plaintiff did not even attempt to provide any support, conclusory or otherwise, for his claim of residency status discrimination.

Ultimately, this federal Complaint, the plaintiff is asking this Court to enter an Order directing "that the Defendant allow[ him]. . . access to the court and an order explaining how the plaintiff was sentenced . . . ." Suffice it to say, however, the plaintiff cannot prevail in this action.

To be certain, although claims for injunctive relief against State court judges are an exception to the long-settled principle of judicial immunity, see Pulliam v. Allen, 466 U.S. 522, 536-43

(1984), that fact is of little consequence here. Rather, "federal injunctive relief is an extreme remedy" which is not lightly or routinely granted. Simmons v. Poe, 47 F.3d 1370, 1382 (4th Cir. 1995). Obviously, therefore, such remedy must be based upon more than the plaintiff's passing reference to the treatment of similarly situated "White criminal defendants."

That is, in a case like this one, where the plaintiff has set forth a conclusory allegation of discrimination, that claim is far too insubstantial to warrant such an extreme remedy as federal injunctive relief. See Adams v. Rice, 40 53d 72, 74 (4th Cir. 1994), cert. denied, 514 U.S. 1022 (1995) (noting that plaintiff "must present more than naked allegations" to survive dismissal). To put it simply, to survive a review for factual frivolousness, a plaintiff who is proceeding in forma pauperis cannot rely merely on "conclusory allegations" such as those set forth herein. Cochran v. Morris, 73 F.3d 1310, 1317 (4th Cir. 1996), citing White v. White, 886 F.2d 721-723-24 (4th Cir. 1989). Consequently, inasmuch as the plaintiff has failed to set forth a single fact in support of his allegations that the defendant has subjected him to discrimination, this matter must be dismissed for the plaintiff's failure to state a cognizable claim for relief.

**NOW, THEREFORE, IT IS ORDERED** that the instant Complaint is **DISMISSED** in its entirety pursuant to 28 U.S.C. 1915b(1)(A).

3

SO ORDERED.

Signed: March 13, 2007

*[signature: Graham C. Mullen]*

Graham C. Mullen
United States District Judge

4

## Other Orders/Judgments
3:07-cv-00105 Short v. Johnston
PSLC2

### U.S. District Court

### Western District of North Carolina

## Notice of Electronic Filing

The following transaction was entered on 3/13/2007 at 11:58 AM EDT and filed on 3/13/2007
**Case Name:** Short v. Johnston
**Case Number:** 3:07-cv-105
**Filer:**
**WARNING: CASE CLOSED on 03/13/2007**
**Document Number:** 3

**Docket Text:**
ORDER DISMISSING CASE. Signed by Judge Graham Mullen on 3/13/07. (chh)


**3:07-cv-105 Notice has been electronically mailed to:**

**3:07-cv-105 Notice will not be electronically mailed to:**

Harvey Patrick Short
South Central Regional Jail
1001 Centre Way
Charleston, WV 25309

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095689202 [Date=3/13/2007] [FileNumber=729995-0]
[b68feeb4bde61d882bd6e46698cf977cd533777ed9920895d0a1fd1ef4884bfb3af9
5efb5513dce7e332e8a22d38fa46f52443bb3f9aba04aa3ce9764cbfe7d3]]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:07CV105-2-MU

HARVEY PATRICK SHORT )
)
Plaintiff(s), )
)
vs )
)
SENIOR RESIDENT SUPERIOR COURT )
JUDGE, ROBERT P. JOHNSON )
)
Defendants. )

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____  There are no grievance procedures at the correctional facility at which I am being confined.

__✓____  This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies available at this time.

_____  I have exhausted my administrative remedies and have attached copies of grievances demonstrating completion.

_____  I have not exhausted my administrative remedies.

I declare under penalty of perjury that the foregoing is true and correct.

3/14/07
Date

Signature of Plaintiff

```
03/15/2007 08:10           DEPARTMENT OF CORRECTIONS              Page    1 Of  4
JOBOD                      SOUTH CENTRAL REGIONAL JAIL                    OTRTASTB
                      T R U S T   A C C O U N T   S T A T E M E N T       6.1.0.1TR

OID#   0001165915   Name: SHORT, HARVEY PATRICK                      INM#   206164
LOCATION: SCRJ-A-4-15-A
```

Account Balance Today ( 15-MAR-07 )   Current :   0.01
                                      Hold    :   0.00
                                                 ------
                                      Total   :   0.01

Account Balance as of  15-MAR-07

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| | 01/01/2006 | 03/15/2007 |
| TRUSTEE BALANCE | 0.06 | 0.01 |

### DEBTS AND OBLIGATIONS

| WRITE TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| IPF | INMATE PROCESSING FEE | 08292005 | 0.00 | 20.00 |
| IPF | INMATE PROCESSING FEE | 09142005 | 0.00 | 20.00 |
| CREST | COURT ORDERED RESTITUTION | 01/29/2007-T | 1115.53 | 9.47 |

### TRANSACTION DESCRIPTIONS --  TRUSTEE BALANCE SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/06/2006 | MAIL MONEY ORDERS | SCRJ0085307 | 5.00 | 5.06 |
| 03/06/2006 | DEDUCTION-CLR-08292005 | | ( 2.50) | 2.56 |
| 03/06/2006 | DEDUCTION-CLR-08292005 | | 2.50 | 5.06 |
| 03/06/2006 | DEDUCTION-IPF-08292005 | | ( 2.50) | 2.56 |
| 03/08/2006 | CRS SAL ORD #636963SCRJ | | ( 2.01) | 0.55 |
| 03/13/2006 | VISITATION MONEY ORDERS | SCRJ0085681 | 50.00 | 50.55 |
| 03/13/2006 | DEDUCTION-CLR-08292005 | | ( 25.00) | 25.55 |
| 03/13/2006 | DEDUCTION-CLR-08292005 | | 25.00 | 50.55 |
| 03/13/2006 | DEDUCTION-IPF-08292005 | | ( 7.50) | 43.05 |
| 03/13/2006 | DEDUCTION-IPF-08292005 | | ( 17.50) | 25.55 |
| 03/14/2006 | DEDUCTION-IPF-09142005 | | ( 2.50) | 23.05 |
| 03/14/2006 | RELEASE OF FUNDS | | ( 9.27) | 13.78 |
| 03/15/2006 | CRS SAL ORD #640618SCRJ | | ( 9.86) | 3.92 |
| 03/22/2006 | CRS SAL ORD #647194SCRJ | | ( 3.71) | 0.21 |
| 03/29/2006 | CRS SAL ORD #657177SCRJ | | 3.71 | wait |

| 03/29/2006 | CRS SAL ORD #657177SCRJ | | | |
| 04/14/2006 | VISITATION MONEY ORDERS | SCRJ0087160 | 5.00 | 5.21 |

03/15/2007 08:10                    DEPARTMENT OF CORRECTIONS                  Page    2 Of  4
JOBOD                              SOUTH CENTRAL REGIONAL JAIL                         OTRTIASTB
                                    T R U S T   A C C O U N T   S T A T E M E N T     6.1.0.1TR

OID#    000116S915    Name: SHORT, HARVEY PATRICK                        INM#   206164
LOCATION: SCRJ-A-4-15-A

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/14/2006 | DEDUCTION-CLR-08292005 | | ( 2.50) | 2.71 |
| 04/14/2006 | DEDUCTION-CLR-08292005 | | 2.50 | 5.21 |
| 04/14/2006 | DEDUCTION-IPF-09142005 | | ( 2.50) | 2.71 |
| 04/19/2006 | CRS SAL ORD #697928SCRJ | | ( 2.70) | 0.01 |
| 05/05/2006 | MAIL MONEY ORDERS | SCRJ0088121 | 10.00 | 10.01 |
| 05/05/2006 | DEDUCTION-CLR-08292005 | | ( 5.00) | 5.01 |
| 05/05/2006 | DEDUCTION-CLR-08292005 | | 5.00 | 10.01 |
| 05/10/2006 | CRS SAL ORD #741894SCRJ | | ( 9.67) | 0.34 |
| 05/30/2006 | VISITATION MONEY ORDERS | SCRJ0089155 | 45.00 | 45.34 |
| 05/30/2006 | DEDUCTION-CLR-08292005 | | ( 22.50) | 22.84 |
| 05/30/2006 | DEDUCTION-CLR-08292005 | | 22.50 | 45.34 |
| 06/02/2006 | RELEASE OF FUNDS | | ( 9.00) | 36.34 |
| 06/05/2006 | CRS SAL ORD #793351SCRJ | | ( 21.43) | 14.91 |
| 06/08/2006 | MAIL MONEY ORDERS | SCRJ0089600 | 10.00 | 24.91 |
| 06/08/2006 | DEDUCTION-CLR-08292005 | | ( 5.00) | 19.91 |
| 06/08/2006 | DEDUCTION-CLR-08292005 | | 5.00 | 24.91 |
| 06/12/2006 | CRS SAL ORD #807890SCRJ | | ( 24.90) | 0.01 |
| 07/10/2006 | MAIL MONEY ORDERS | SCRJ0091004 | 10.00 | 10.01 |
| 07/10/2006 | DEDUCTION-CLR-08292005 | | ( 5.00) | 5.01 |
| 07/10/2006 | DEDUCTION-CLR-08292005 | | 5.00 | 10.01 |
| 07/10/2006 | CRS SAL ORD #856115SCRJ | | ( 9.79) | 0.22 |
| 08/01/2006 | MAIL MONEY ORDERS | SCRJ0092077 | 90.00 | 90.22 |
| 08/01/2006 | DEDUCTION-CLR-08292005 | | ( 45.00) | 45.22 |
| 08/01/2006 | DEDUCTION-CLR-08292005 | | 45.00 | 90.22 |
| 08/09/2006 | CRS SAL ORD #895208SCRJ | | ( 47.42) | 42.80 |
| 08/10/2006 | RELEASE OF FUNDS | | ( 16.00) | 26.80 |
| 08/10/2006 | RELEASE OF FUNDS | | ( 16.00) | 10.80 |
| 08/16/2006 | CRS SAL ORD #906555SCRJ | | ( 9.99) | 0.81 |
| 08/23/2006 | CRS SAL ORD #913515SCRJ | | ( 0.75) | 0.06 |
| 09/25/2006 | MAIL MONEY ORDERS | SCRJ0094858 | 9.00 | 9.06 |
| 09/25/2006 | DEDUCTION-CLR-08292005 | | ( 4.50) | 4.56 |
| 09/25/2006 | DEDUCTION-CLR-08292005 | | 4.50 | 9.06 |
| 09/25/2006 | CRS SAL ORD #963350SCRJ | | ( 8.92) | 0.14 |
| 10/11/2006 | MAIL MONEY ORDERS | SCRJ0095641 | 9.00 | 9.14 |
| 10/11/2006 | DEDUCTION-CLR-08292005 | | ( 4.50) | 4.64 |

Case 3:07-cv-00105-GCM   Document 6   Filed 03/23/07   Page 10 of 12

03/15/2007 08:10                    DEPARTMENT OF CORRECTIONS                  Page    3 Of   4
JOBOD                              SOUTH CENTRAL REGIONAL JAIL                          OTRTASTB
                                   T R U S T   A C C O U N T   S T A T E M E N T       6.1.0.1TR

OID#     000116591S     Name: SHORT, HARVEY PATRICK                             INM#   206164
LOCATION: SCRJ-A-4-15-A

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/11/2006 | DEDUCTION-CLR-08292005 | | 4.50 | 9.14 |
| 10/16/2006 | CRS SAL ORD #988650SCRJ | | 8.91) | 0.23 |
| 10/19/2006 | MAIL MONEY ORDERS | SCRJ0096086 | 9.00 | 9.23 |
| 10/19/2006 | DEDUCTION-CLR-08292005 | | 4.50) | 4.73 |
| 10/19/2006 | DEDUCT-ON-CLR-08292005 | | 4.50 | 9.23 |
| 10/19/2006 | RELEASE OF FUNDS | | 1.60) | 7.63 |
| 10/20/2006 | POSTAGE DUE TO PO. PAYABLE | | 2.96) | 4.67 |
| 10/23/2006 | CRS SAL ORD #995912SCRJ | | 4.45) | 0.22 |
| 10/27/2006 | MAIL MONEY ORDERS | SCRJ0096436 | 9.00 | 9.22 |
| 10/27/2006 | DEDUCTION-CLR-08292005 | | 4.50) | 4.72 |
| 10/27/2006 | DEDUCTION-CLR-08292005 | | 4.50 | 9.22 |
| 10/30/2006 | CRS SAL ORD #1007577SCRJ | | 7.95) | 1.27 |
| 11/06/2006 | CRS SAL ORD #1021696SCRJ | | 1.22) | 0.05 |
| 11/14/2006 | VISITATION MONEY ORDERS | SCRJ0097336 | 10.00 | 10.05 |
| 11/14/2006 | DEDUCTION-CLR-08292005 | | 5.00) | 5.05 |
| 11/14/2006 | DEDUCTION-CLR-08292005 | | 5.00 | 10.05 |
| 11/17/2006 | MAIL MONEY ORDERS | SCRJ0097466 | 9.00 | 19.05 |
| 11/17/2006 | DEDUCTION-CLR-08292005 | | 4.50) | 14.55 |
| 11/20/2006 | CRS SAL ORD #1031207SCRJ | | 4.50 | 19.05 |
| 11/27/2006 | CRS SAL ORD #1035815SCRJ | | 18.56) | 0.49 |
| 12/12/2006 | DEDUCTION-CLR-08292005 | | 0.47) | 0.02 |
| 12/12/2006 | MAIL MONEY ORDERS | SCRJ0098627 | 9.00 | 9.02 |
| 12/12/2006 | DEDUCTION-CLR-08292005 | | 4.50) | 4.52 |
| 12/12/2006 | DEDUCTION-CLR-08292005 | | 4.50 | 9.02 |
| 12/18/2006 | CRS SAL ORD #1059520SCRJ | | 8.81) | 0.21 |
| 12/18/2006 | MAIL MONEY ORDERS | SCRJ0098885 | 9.00 | 9.21 |
| 12/18/2006 | DEDUCTION-CLR-08292005 | | 4.50) | 4.71 |
| 12/18/2006 | DEDUCTION-CLR-08292005 | | 4.50 | 9.21 |
| 12/26/2006 | CRS SAL ORD #1071732SCRJ | | 9.21) | 0.00 |
| 01/08/2007 | MAIL MONEY ORDERS | SCRJ0099915 | 9.00 | 9.00 |
| 01/08/2007 | DEDUCTION-CLR-08292005 | | 4.50) | 4.50 |
| 01/08/2007 | DEDUCTION-CLR-08292005 | | 4.50 | 9.00 |
| 01/15/2007 | CRS SAL ORD #1098737SCRJ | | 8.98) | 0.02 |
| 02/07/2007 | MAIL MONEY ORDERS | SCRJ0101516 | 9.00 | 9.02 |
| 02/07/2007 | DEDUCTION-CLR-08292005 | | 4.50) | 4.52 |

OID#   0001165915   Name: SHORT, HARVEY PATRICK                    INM#  206164
LOCATION: SCRJ-A-4-15-A

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/07/2007 | DEDUCTION-CLR-08292005 | | 4.50 | 9.02 |
| 02/07/2007 | DEDUCTION-CREST-01/29/2007-TV & Water Fountain | | ( 4.50) | 4.52 |
| 02/14/2007 | CRS SAL ORD #1126095SCRJ | | ( 4.22) | 0.30 |
| 02/27/2007 | MAIL MONEY ORDERS | SCRJ0102432 | 9.95 | 10.25 |
| 02/27/2007 | DEDUCTION-CLR-08292005 | | ( 4.98) | 5.27 |
| 02/27/2007 | DEDUCTION-CLR-08292005 | | 4.98 | 10.25 |
| 02/27/2007 | DEDUCTION-CREST-01/29/2007-TV & Water Fountain | | ( 4.97) | 5.28 |
| 02/28/2007 | CRS SAL ORD #1146290SCRJ | | ( 4.80) | 0.48 |
| 03/07/2007 | CSR SAL ORD #1146290 | | 0.97 | 1.45 |
| 03/07/2007 | CRS SAL ORD #1165141SCRJ | | ( 1.44) | 0.01 |