```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                    CHARLOTTE DIVISION
                     3:07CV105-MU-02
```

| | |
|---|---|
| **HARVEY PATRICK SHORT;** )<br>    **Plaintiff,** )<br>)<br>    **v.** )<br>**ROBERT P. JOHNSTON, Se-** )<br>  nior Resident Superior )<br>  **Court Judge,** )<br>    **Defendant.** )<br>_____) | <u>ORDER</u> |

**THIS MATTER** comes before the Court on Plaintiff's "Motion For Relief Of Judgment" (document # 6), filed March 23, 2007.

By this Motion, Plaintiff asks the Court to set aside its Order of Dismissal (entered March 13, 2007) on the ground that the Court failed to consider Plaintiff's allegation that Defendant Judge Johnston had engaged in racial discrimination on an occasion when he denied Plaintiff access to the Court. Plaintiff also seeks post-judgment permission to amend his Complaint "to sufficiently state a cause of action for denial of access to the courts in violating [sic] of the 14th Amendment of the U.S. Constitution."

However, this Court's review of its previous Order discloses that the Court did, in fact, address Plaintiff's claim that he was denied access to the Courts. Notably, the Court dismissed Plaintiff's entire Complaint as too conclusory and insubstantial to state a valid claim for relief. Furthermore, Plaintiff still has not proffered a single fact to demonstrate that this Court's

determination was incorrect.  See Clapper v. Chesapeake Conference of Seventh-Day Adventists, 1998 WL 904528, slip op. at 5 (4th Cir. 1998) (noting requirements for successful motion for relief from judgment under Rule 59(e) of the Federal Rules of Civil Procedure).  Nor does Plaintiff specifically identify how he proposes to modify this particular claim.  Therefore, Plaintiff's Motion for Relief from Judgment and his request to amend his Complaint must be denied.

**SO ORDERED.**

Signed: October 7, 2008

Graham C. Mullen
United States District Judge